**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Western_____ District of  Tennessee__
                                          (State)

Case number (*If known*): _____  Chapter __7___

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual       12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

RE&D Investments, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

_84_ - _1727241_ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

2095   Exeter Rd., Ste 80352
Number   Street

Germantown                       TN    38138
City                             State  ZIP Code

Shelby                                  County

**Mailing address, if different**

_____
Number   Street

_____
P.O. Box

_____ _____ _____
City                    State  ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number   Street

_____

_____ _____ _____
City                    State  ZIP Code

Debtor    __RE&D Investments, LLC__               Case number (*if known*)_____
           Name

**6. Debtor's website** (URL) _____

**7. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☑ No
- ☐ Yes. Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known _____
                                               MM / DD / YYYY

Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known _____
                                               MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:
- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  RE&D Investments, LLC  
Name

Case number (if known) _____

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| FEK, LLC | Services Provided | $ 1,567,199.17 |
| Access Builders, LLC | Services and materials | $ 171,000.00 |
| Jolly Roofing and Contracting Co, Inc. | Services and materials | $ 66,614.00 |
| | Total of petitioners' claims | $ 1,804,813.17 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

FEK, LLC  
Name

2095  Exeter Rd., Ste 80-448  
Number  Street

Germantown    TN    38138  
City    State    ZIP Code

Name and mailing address of petitioner's representative, if any

Frank Kemker  
Name

same  
Number  Street

_____  _____  _____  
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/30/2022  
MM / DD / YYYY

✘ /s/ Frank Kemker  
Signature of petitioner or representative, including representative's title

**Attorneys**

Douglas M Alrutz  
Printed name

Wyatt, Tarrant & Combs, LLP  
Firm name, if any

6070  Poplar Ave., Ste 300  
Number  Street

Memphis    TN    38119  
City    State    ZIP Code

Contact phone  901-537-1071   Email  dalrutz@wyattfirm.com

Bar number  11389

State  TN

✘ /s/ Douglas M Alrutz  
Signature of attorney

Date signed  08/31/2022  
MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

Debtor  RE&D Investments, LLC
Name

Case number (*if known*)_____

---

**Name and mailing address of petitioner**

Access Builders, LLC
Name

320   S. Walnut Bend Rd., Ste 4
Number   Street

Cordova            TN           38018
City               State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Derik Forrest
Name

same
Number   Street

_____   _____   _____
City               State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/25/2022
              MM / DD / YYYY

✗ /s/ Derik Forest
Signature of petitioner or representative, including representative's title

---

Ursula Woods
Printed name

_____
Firm name, if any

7894   Winchester Rd., Ste 500
Number   Street

Memphis            TN           38125
City               State        ZIP Code

Contact phone   901-624-6041     Email  uwoods@preferredtitle.info'

Bar number    21893

State         TN

✗ /s/ Ursula Woods
Signature of attorney

Date signed   08/25/2022
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Jolly Roofing and Contracting Co, Inc.
Name

711 Chaney Cove
Number   Street

Collierville        TN           38017
City                State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Stephen D. Swords III
Name

711 Chaney Cove
Number   Street

Collierville        TN           38017
City                State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/31/2022
              MM / DD / YYYY

✗ /s/ Stephen D Swords III
Signature of petitioner or representative, including representative's title

---

Luke P. Cantrell
Printed name

Baker, Donelson,Bearman, Caldwell & Berkowitz, PC
Firm name, if any

165 Madison Avenue, Suite 2020
Number   Street

Memphis            TN           38103
City               State        ZIP Code

Contact phone   901-577-8188     Email  lcantrell@bakerdonelson.com

Bar number    31356

State         TN

✗ /s/ Luke P. Cantrell
Signature of attorney

Date signed   08/31/2022
              MM / DD / YYYY

---