| Column1 | Column2 | Column3 |
|---|---|---|
| Memphis properties owned by RE&D of which Jimmy is a 80% owner | Amount | Date |
|  |  |  |
| Small building that is partially renovated |  |  |
| 193 Pine, Memphis, TN 38104 | $650,000.00 | 7/31/2019 |
|  |  |  |
|  |  |  |
| Larger development that we believe consists of the following parcels |  |  |
| 1) Parcel ID: 031136 00004 (2101 Central Ave) |  |  |
| 2) Parcel ID: 031136 00005c (0 Central Ave) |  |  |
| 3) Parcel ID: 031136 00001 (2074 York Ave) |  |  |
| 4) Parcel ID: 031136 00012 (2078 York Ave) |  |  |
| 5) Parcel ID: 031133 00003 (2093 YorkAve) |  |  |
| 6) Parcel ID: 031133 00001 (0 York Ave) |  |  |
| 7) Parcel ID: 031133 00002 (0 York Ave) |  |  |
| 8) Parcel ID: 031136 000102 (0 York Ave) |  |  |
| 9) Parcel ID: 031135 00006 (0 York Ave) |  |  |
| 10) Parcel ID: 031136 00010 (0 S. Cooper St) |  |  |
| 1l) Parcel ID: 031136 00008 (0 S. Cooper St) |  |  |
| 12) Parcel ID: 031136 00009 (0 S. Cooper St) |  |  |
| 13) Parcel ID: 031136 00011 (0 Tanglewood) |  |  |
| 14) Parcel ID: 031135 00003c (0 Tanglewood) |  |  |
| 15) Parcel ID: 031133 00004c (0 York Ave) |  |  |
|  |  |  |
| We believe that the various parcels were purchased in three separate transactions |  |  |
|  | $3,500,000.00 | 8/8/2019 |
|  | $1,750,000.00 | 9/24/2019 |
|  | $500,000.00 | 12/23/2020 |
|  |  |  |
| Larger devlopment total | $5,750,000.00 |  |
|  |  |  |
| Combined total | $6,400,000.00 |  |
|  |  |  |
| Jimmy has invested a total of $9,555,062.85 in the development. |  |  |