**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

In re:  RE & D INVESTMENTS, LLC                     Case Number 22-23697

Debtors.                                            Involuntary Chapter 7

**MOTION FOR JAMES ZHONG TO APPEAR TELEPHONICALLY OR**
**VITRUALLY BY MICROSOFT TEAMS FOR  STATUS HEARING SCHEDULED**
**BY COURT FOR OCTOBER 12, 2022**

Comes now James Zhong aka Jimmy Zhong  (hereafter "Zhong") by and
through his undersigned counsel of record, and files this instant motion to appear
telephonically or virtually for the status hearing scheduled by Court for October
12, 2022.  Mr. Zhong resides in Athens, GA and counsel does not anticipate need
for testimony at such status hearing and requests that Mr. Zhong appear by
Microsoft Teams.

WHEREFORE Movant requests that the motion be granted and for such
other and further relief as is just in these matters.

Respectfully Submitted,
/s/ Toni Campbell Parker
TONI CAMPBELL PARKER TN # 6984
Counsel for Debtors
5100 Poplar Ave., Ste. 2008
Memphis, TN  38137
901-683-0099
Tparker002@att.net

1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this pleading has been served by U.S. Mail, postage prepaid or by e-mail on this 11th day of October, 2022 to the following parties:

Douglas M. Alrutz
Wyatt, Tarrant & Combs, LLP
Attorneys for FEK, LLC
6070 Poplar Ave., Ste. 300
Memphis, TN 38119
dalrutz@wyattfirm.com

Ursula Woods
Attorneys for Access Builders, LLC
7894 Winchester Rd., Ste. 500
Memphis, TN  38125
uwoods@preferredtitle.info

Luke P. Cantrell
Baker Donelson
Attorneys for Jolly Roofing and Contracting Co., Inc.
165 Madison Ave., Ste.2020
Memphis, TN 38103
lcantrell@bakerdonelson.com

Locke Houston Waldrop
Baker Donelson
Attorneys for Jolly Roofing and Contracting Co., Inc.
lwaldrop@bakerdonelson.com

Carrie Ann Rohrscheib
Attorney for U.S. Trustee
200 Jefferson, Ste. 499
Memphis, TN 38103
Carrie.a.rohscheib@usdoj.gov

                                        /s/ Toni Campbell Parker
                                        Toni Campbell Parker

**2**