**Dated: October 12, 2022**
**The following is ORDERED:**

_____
M. Ruthie Hagan
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| In re<br>**RE&D Investments, LLC**<br>Debtor | Case No. 22-23697<br>Chapter 7 (Involuntary) |

**ORDER FOR RELIEF IN AN INVOLUNTARY CASE**

Upon consideration of the petition filed September 1, 2022 against the above-named Debtor, RE&D Investments, LLC, and Order for Relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is hereby GRANTED.

cc:  Debtor RE&D Investments, LLC
     2095 Exeter Road, Suite 80352
     Germantown, TN 38138

   Petitioning Creditor FEK, LLC

2095 Exeter Road, Suite 80-448
Germantown, TN 38138

Mr. Douglas M. Alrutz, Esq.
Attorney for FEK, LLC
Wyatt Tarant & Combs LLP
6070 Poplar Avenue, Suite 300
Memphis, TN 38119

Petitioning Creditor Access Builders, LLC
320 S. Walnut Bend Road, Suite 4
Cordova, TN 38018

Ms. Ursula Woods, Esq.
Attorney for Access Builders, LLC
7894 Winchester Road, Suite 500
Memphis, TN 38125

Petitioning Creditor Jolly Roofing and Contracting Co., Inc.
711 Chaney Cove
Collierville, TN 38017

Mr. Luke P. Cantrell, Esq.
165 Madison Avenue, Suite 2020
Memphis, TN 38103

United States Trustee
Office of the U.S. Trustee
One Memphis Place
200 Jefferson, Suite 400
Memphis, TN 38103