**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

In re

RE&D INVESTMENTS, LLC,　　　　　　　　　　　　　　　Case No. 22-23697

　　Debtor.　　　　　　　　　　　　　　　　　　　　　Chapter 7

## NOTICE OF NO PROPERTY INSURANCE

IT APPEARING to the Chapter 7 Trustee that there is certain real estate and/or other property of the Debtor and/or this Estate herein which may not have property insurance. The Trustee has no funds in this Estate to insure or otherwise protect said property and, after reasonable efforts, has not been able to obtain property insurance in the marketplace. This property may be secured or unsecured in nature.

PLEASE TAKE NOTICE AND BE ADVISED HEREIN.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**BUTLER SNOW LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Adam M. Langley*
　　　　　　　　　　　　　　　　　　　Adam M. Langley (30492)
　　　　　　　　　　　　　　　　　　　James E. Bailey
　　　　　　　　　　　　　　　　　　　R. Campbell Hillyer
　　　　　　　　　　　　　　　　　　　6075 Poplar Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　Memphis, TN 38119
　　　　　　　　　　　　　　　　　　　(901) 680-7200
　　　　　　　　　　　　　　　　　　　(901) 680-7201 facsimile
　　　　　　　　　　　　　　　　　　　adam.langley@butlersnow.com

　　　　　　　　　　　　　　　　　　　***Attorneys for the Chapter 7 Trustee***

1

66614789.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on November 30, 2022, electronically via the Court's CM/ECF system.

*/s/ Adam M. Langley*

66614789.v1