UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

IN RE:

RE&D INVESTMENTS, LLC,                              Case No. 22-23697 MRH
                                                    Chapter 7
　　　Debtor.

---

### NOTICE OF TRUSTEE'S WITHDRAWAL OF NO ASSET REPORT

---

Please take notice that a Report of No Distribution and Meeting Held was filed in error in this case on December 21, 2022. Your Chapter 7 Trustee, Lynda F. Teems, hereby withdraws the Report of No Distribution and Meeting Held.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Lynda F. Teems
　　　　　　　　　　　　　　　　　　　　Lynda F. Teems (013976)
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　5362 Republic Drive
　　　　　　　　　　　　　　　　　　　　Memphis, Tennessee 38118-7924
　　　　　　　　　　　　　　　　　　　　(901) 526-5555
　　　　　　　　　　　　　　　　　　　　Email: lteems1@aol.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the following parties by electronic servicing or by placing a copy of same in the U.S. Mail, postage prepaid, this 21st day of December 21, 2022:

Debtor
Debtor's Attorney
Office of the U.S. Trustee
Entire Matrix